**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| RHONDA A. RYANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11-CV-46(MTT) |
| ) | |
| DR. SALLY WHATLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court convened a discovery conference in this matter on July 7, 2011. At the conference, the Parties agreed that the current individual Defendants are not the proper parties to respond to the Plaintiff's claims based on federal law. Accordingly, the Parties further agreed that the Dougherty County School District should be substituted for the individual Defendants and the individual Defendants should be dismissed. However, the Plaintiff's Complaint arguably attempts to set forth state law claims against some of the individual Defendants, but does not contain sufficient allegations to state such claims.

Accordingly, and with the consent of the Parties, Dougherty County School District is added as a defendant. Present defense counsel Franklin Coleman, IV, who also represents Dougherty County School District, stipulated that Dougherty County School District has been sufficiently served. The individual Defendants' answer shall stand as an answer for Dougherty County School District. However, Dougherty County School District may file additional responsive pleadings within 20 days of the entry of

this Order. It is further ordered that the Plaintiff shall supplement her complaint by July 29, 2011 to allege with particularity any claims she asserts under Georgia law and the individual(s) against whom those claims are asserted. The Court cautions the Plaintiff that she must have a sufficient factual and legal basis for such claims. Absent an appropriate supplemental complaint, the individual Defendants will be dismissed in accordance with the Parties' agreement at the discovery conference.

SO ORDERED, this 15th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT