**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| RHONDA A. RYANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:11-CV-46(MTT) |
| DR. SALLY WHATLEY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court convened a discovery conference in this matter on July 7, 2011, at which the Court and all parties discussed the Plaintiff's various claims. By Order of this Court dated July 15, 2011, the Court instructed the Plaintiff to supplement her complaint to allege with particularity any claims she asserts under Georgia law and the individual(s) against whom those claims are asserted. (Doc. 29). The Plaintiff filed her supplemental complaint on July 26, 2011, and the Defendants filed their answer July 29, 2011.

At the aforementioned discovery conference, having noted several deficiencies in the Plaintiff's complaint, the Court advised the parties to arrange a mutually agreeable time to take the Plaintiff's deposition. In an effort to ensure this case proceeds according to schedule, the Court hereby **orders** the parties to convene the Plaintiff's deposition within thirty days of the date of this Order. At least five days in advance of the scheduled deposition, both the Plaintiff and the Defendants shall produce all relevant EEOC documents they have in their possession.

**SO ORDERED,** this 10th day of August, 2011.

<pre>
                              S/ Marc T. Treadwell
                              MARC T. TREADWELL, JUDGE
                              UNITED STATES DISTRICT COURT
</pre>